UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                              )
IN RE ALKERMES SECURITIES     )
LITIGATION                    )   CIVIL ACTION NO. 03-12091-RCL
_____)

### ORDER GRANTING DISMISSAL WITH PREJUDICE

LINDSAY, District Judge.

Pursuant to Fed.R.Civ.P. 23(e) and 41(a), I have reviewed the parties' Joint Stipulation for Dismissal with Prejudice and hereby dismiss with prejudice this action in its entirety under Rule 41(a) of the Federal Rules of Civil Procedure.

All parties shall bear their own costs and attorneys' fees in connection with this action. The clerk shall terminate, on the court's docket, this and any remaining, open case consolidated with this action.

IT IS SO ORDERED.

/s/ Reginald C. Lindsay

_____
REGINALD C. LINDSAY
UNITED STATES DISTRICT JUDGE

October 27, 2005